**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

JAMES LACOURTE,

                    Plaintiff,

      -against-

FOSTER & GARBUS LLP, NCO FINANCIAL
SYSTEMS, INC.,

                  Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/2014

12 **CIVIL** 9453 (JSR)

**JUDGMENT**

Defendants NCO Financial Systems, Inc. ("NCOF") and Foster & Garbus ("F&G") having

moved for summary judgment seeking to dismiss all remaining claims, and the matter having come

before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on February 20,

2014, having rendered its Memorandum Order dismissing the remaining FDCPA claim with

prejudice, declining to exercise supplemental jurisdiction over the remaining state law claims, and

therefore dismissing those claims without prejudice, and directing the Clerk of the Court to enter

judgment dismissing the Complaint, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Memorandum Order dated February 20, 2014, the Court dismisses the remaining FDCPA

claim with prejudice; the Court declines to exercise supplemental jurisdiction over the remaining

state law claims, and therefore dismisses those claims without prejudice; accordingly, the Complaint

is dismissed.

**Dated:**  New York, New York
        February 24, 2014

                                **RUBY J. KRAJICK**
                                 **Clerk of Court**
             **BY:**
                                 **Deputy Clerk**

             THIS **DOCUMENT** WAS ENTERED
             ON **THE DOCKET** ON _____